IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO: 1:03-CR-192-ODE |
| | : | |
| GEORGE ANDREW PIASECKI, | : | |
| | : | |
| Defendant, | : | |

**SATISFACTION OF MONETARY
PORTION OF JUDGMENT**

The special assessment, fine and/or restitution portion of the judgment in the above entitled case having been paid, the Clerk of the United States District Court for the Northern District of Georgia is hereby authorized and empowered to satisfy and cancel said portion of record.

>Respectfully submitted,
>JOHN A. HORN
>UNITED STATES ATTORNEY
>
>s/Cynthia B. Smith
>CYNTHIA B. SMITH
>Assistant United States Attorney
>Georgia Bar No. 655473
>600 United States Courthouse
>75 Ted Turner Drive, S.W.
>Atlanta, Georgia 30303
>Ph.: 404-581-6350
>Fax: 404-581-6167
>cynthia.smith2@usdoj.gov

# CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the within and foregoing Satisfaction of Monetary Portion of Judgment with the Clerk of Court using the CM/ECF system and that I have served the following non-CM/ECF participant(s) by depositing a copy of the same in the United States mail addressed as follows:

> George Andrew Piasecki
> 3235 Wood Branch Drive
> Alpharetta, GA 30004

This 16th day of March, 2017.

> s/Cynthia B. Smith
> CYNTHIA B. SMITH
> Assistant United States Attorney
> Georgia Bar No. 655473
> cynthia.smith2@usdoj.gov